## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KATRINA BROWN,

      Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT, MAYOR
MIKE DUGGAN, JUDGE STEVEN
RHODES, ALYCIA
MERIWEATHER, FELICIA
VENABLE-AKINBODE, MATHEW
SAM, DR. SHERRELL HOBBS,
FELICIA COKK, IVAN BRANSON,
GEORGINA TAIT, and DOES 1-5,

      Defendants.

Case No.:  2-17-cv-12936

Hon. Bernard Friedman

Magistrate Judge David R. Grand

**INDEX OF EXHIBITS TO
DEFENDANTS DETROIT
PUBLIC SCHOOLS
COMMUNITY DISTRICT,
FELICIA COOK AND IVAN
BRANSON'S MOTION TO
DISMISS PURSUANT TO FED.
R. CIV. P. 12(b)(6)**

| | |
|---|---|
| UNITED for EQUALITY and AFFIRMATIVE ACTION LEGAL DEFENSE FUND<br>Shanta Driver (P65007)<br>shanta.driver@ueaa.net<br>Monica Smith (P73439)<br>monica.smith@ueaa.net<br>19526-B Cranboork Drive<br>Detroit, Michigan 48221<br>(313) 585-3637 (Telephone)<br>(248) 355-5148 (Facsimile)<br>*Counsel for Plaintiff* | DETROIT PUBLIC SCHOOLS COMMUNITY DISTRCT<br>OFFICE OF GENERAL COUNSEL<br>Rebecca Shaw-Hicks (P40732)<br>rebecca.hicks@detroitk12.org<br>Theophilus E. Clemons (P47991)<br>theophilus.clemons@detroitk12.org<br>Phyllis Hurks-Hill (P48809)<br>phyllis.hurks-hill@detroitk12.org<br>Jenice C. Mitchell Ford (P61511)<br>jenice.mitchellford@detroitk12.org<br>3011 West Grand Boulevard, Ste 1002<br>Detroit, Michigan 48202<br>(313) 873-4528 (Telephone)<br>(313) 873-4564 (Facsimile)<br>*Counsel for Defendants Detroit Public Schools Community District, Felicia Cook and Ivan Branson* |

**DEFENDANTS DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT, FELICIA COOK AND IVAN BRANSON'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | Plaintiff's Complaint filed September 7, 2017 |
| B | Katrina Brown's MERC Filing |
| C | *Hood v. Suffolk City Sch. Bd.*, 469 F. App'x 154 (4th Cir. 2012, unpublished opinion |
| D | *Seyfried v. UAW Local 1292*, No. 242566, 2004 WL 435379 (Mich. Ct. App. March 9, 2004), unpublished opinion |