**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KATRINA BROWN,

     Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT, MAYOR
MIKE DUGGAN, JUDGE STEVEN
RHODES, ALYCIA
MERIWEATHER, FELICIA
VENABLE-AKINBODE, MATHEW
SAM, DR. SHERRELL HOBBS,
FELICIA COKK, IVAN BRANSON,
GEORGINA TAIT, and DOES 1-5,

     Defendants.

Case No.: 2-17-cv-12936

Hon. Bernard Friedman

Magistrate Judge David R. Grand

**DEFENDANTS ALYCIA
MERIWEATHER AND FELICIA
VENABLE-AKINBODE'S
MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P.
12(b)(6)**

| | |
|---|---|
| UNITED for EQUALITY and AFFIRMATIVE ACTION LEGAL DEFENSE FUND<br>Shanta Driver (P65007)<br>shanta.driver@ueaa.net<br>Monica Smith (P73439)<br>monica.smith@ueaa.net<br>19526-B Cranboork Drive<br>Detroit, Michigan 48221<br>(313) 585-3637 (Telephone)<br>(248) 355-5148 (Facsimile)<br>*Counsel for Plaintiff* | DETROIT PUBLIC SCHOOLS COMMUNITY DISTRCT OFFICE OF GENERAL COUNSEL<br>Rebecca Shaw-Hicks (P40732)<br>rebecca.hicks@detroitk12.org<br>Theophilus E. Clemons (P47991)<br>theophilus.clemons@detroitk12.org<br>Phyllis Hurks-Hill (P48809)<br>phyllis.hurks-hill@detroitk12.org<br>Jenice C. Mitchell Ford (P61511)<br>jenice.mitchellford@detroitk12.org<br>3011 West Grand Boulevard, Ste 1002<br>Detroit, Michigan 48202<br>(313) 873-4528 (Telephone)<br>(313) 873-4564 (Facsimile)<br>*Counsel for Defendants DPSCD, Felicia Cook, Ivan Branson, Alycia Meriweather and Felicia Venable-Akinbode* |

## DEFENDANTS ALYCIA MERIWEATHER AND FELICIA VENABLE-AKINBODE'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendants Alycia Meriweather and Felicia Venable-Akinbode (collectively "Defendants"), through their counsel Detroit Public Schools Community District Office of General Counsel, hereby move this Court for dismissal of the Complaint in this action for Plaintiff's failure to state a claim upon which relief can be granted. As such, Defendants are entitled to dismissal as a matter of law pursuant to Fed. R. Civ. P. 12(b)(6). For the reasons set forth in the attached Brief, Defendants respectfully request that this Court grant their Motion filed pursuant to Fed. R. Civ. P. 12(b)(6).

Concurrence in the relief sought in this Motion was requested from Plaintiff's counsel on November 17, 2017 and concurrence was denied.

1

Respectfully Submitted by:

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT
OFFICE OF GENERAL COUNSEL

/s/ Rebecca Shaw-Hicks_____
Rebecca Shaw-Hicks (P40732)
rebecca.hicks@detroitk12.org
Theophilus E. Clemons (P47991)
theophilus.clemons@detroitk12.org
Phyllis Hurks-Hill (P48809)
phyllis.hurks-hill@detroitk12.org
Jenice C. Mitchell Ford (P61511)
jenice.mitchellford@detroitk12.org
3011 West Grand Boulevard, Suite 1002
Detroit, Michigan 48202
(313) 873-4528 (Telephone)
(313) 873-4564 (Facsimile)
*Counsel for Defendants Detroit Public*
*Schools Community District, Felicia Cook,*
*Ivan Branson, Alycia Meriweather and*
*Felicia Venable-Akinbode*

Date:  December 6, 2017

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 6, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Respectfully Submitted By:

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT
OFFICE OF GENERAL COUNSEL

/s/ Rebecca Shaw-Hicks_____
Rebecca Shaw-Hicks (P40732)
rebecca.hicks@detroitk12.org
Theophilus E. Clemons (P47p991)
theophilus.clemons@detroitk12.org
Phyllis Hurks-Hill (P48809)
phyllis.hurks-hill@detroitk12.org
Jenice C. Mitchell Ford (P61511)
jenice.mitchellford@detroitk12.org
3011 West Grand Boulevard, Ste 1002
Detroit, Michigan 48202
(313) 873-4528
(313) 873-4564 (Facsimile)
*Counsel for Defendants Detroit Public
Schools Community District, Felicia Cook
Ivan Branson, Alycia Meriweather and
Felicia Venable-Akinbode*

3