# EXHIBIT C

Call (313) 224-BSED (2733) for re-inspection
A re-inspection fee may be required

Case No:   ANN2007-00019

Issue Date:     4/22/2016

DETROIT PUBLIC SCHOOLS
3031 W GRAND BLVD
DETROIT, MI  48202

Property Location:  15850 STRATHMOOR

Tenant: JOHN R. KING

Square Feet:  80,000

Expiration Date:  1/26/2017

---

# CERTIFICATE OF COMPLIANCE

Case No:   ANN2007-00019

**City of Detroit**
**Buildings, Safety Engineering, & Environmental Department**
**412 Coleman A. Young Municipal Center**
**Detroit, Michigan 48226**
**(313)224-2733**
**Property Maintenance Enforcement Branch**



Issued to:   DETROIT PUBLIC SCHOOLS
3031 W GRAND BLVD
DETROIT, MI 48202

## Property Location: 15850 STRATHMOOR

This property has been inspected and found to be in compliance with the Correction Order issued under the authority of the Property Maintenance Code of the City of Detroit.

Failure to maintain this premises in good repair shall be cause for termination of this certificate.



David Bell, Building Official

## Expiration Date: 1/26/2017