SHANTA DRIVER, Bar No. P65007
MONICA SMITH, Bar No. P73439
United for Equality and Affirmative Action Legal Defense Fund (UEAALDF)
19526-B Cranbrook Drive
Detroit, MI 48221
(313) 407-4865
shanta.driver@ueaa.net, monica.smith@ueaa.net
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KATRINA BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT, MAYOR MIKE DUGGAN, JUDGE STEVEN RHODES, ALYCIA MERIWEATHER, FELICIA VENABLE-AKINBODE, MATHEW SAM, DR. SHERRELL HOBBS, FELICIA COOK, IVAN BRANSON, GEORGINA TAIT, and DOES 1-5,<br><br>Defendants.<br>_____ | **CASE NO. 2:17-cv-12936-BAF-DRG**<br><br>**ADDENDUM TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION OF DISMISSAL OF FIRST AMENDMENT, DUE PROCESS, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIMS**<br><br>**– HEARING REQUESTED –**<br><br>Date:     No hearing set.<br>Time:<br>Courtroom:<br>Judge:     Hon. Bernard A. Friedman |

This Court's failure to adhere to Local Rule 7.1(f) is another basis on which

Plaintiff asks this Court to reconsider its order to dismiss Plaintiff's claims against

ADDENDUM TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION
FOR RECONSIDERATION OF DISMISSAL OF FIRST AMENDMENT,
DUE PROCESS, AND INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS CLAIMS
CASE NO. 2:17-CV-12936-BAF-DRG

1

Defendants Detroit Public Schools Community District (DPSCD), Felicia Cook

Ivan Branson, and Mike Duggan (Dkt. No. 14) ("the Order").

Local Rule 7.1(f) states:

**(f)   Hearing on Motions.**

(1)   The court will not hold a hearing on a motion for rehearing or reconsideration, a motion for reduction of sentence, or a motion in a civil case where a person is in custody unless the judge orders a hearing.

*(2)   The court will hold a hearing on all other motions unless the judge orders submission and determination without hearing.*

(3)   The motion must be filed with the clerk, who will forward it to the assigned judge. The judge will set or cause to be set a date for hearing with notice to the parties and other persons entitled to be heard on the motion. Inquiries regarding time of hearing may be directed to the judge's chambers.

L.R. 7.1(f) (emphasis added).

Defendant Duggan's Motion to Dismiss (Dkt. No. 7) and the Motion to

Dismiss by Defendants Detroit Public Schools Community District (DPSCD),

Felicia Cook and Ivan Branson (Dkt. No. 13) did not fall under any of the motions

described under Local Rule 7.1(f)(1). Therefore, the Court was required to hold a

hearing on the Motions to Dismiss if it did not enter an order that "orders

submission and determination without hearing." L.R. 7.1(f)(2).

---

ADDENDUM TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION       2
FOR RECONSIDERATION OF DISMISSAL OF FIRST AMENDMENT,
DUE PROCESS, AND INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS CLAIMS
CASE NO. 2:17-CV-12936-BAF-DRG

The Court did not do so. This omission significantly prejudiced Plaintiff. Local Rule 7.1(f)(2) is designed to give notice to the parties that the Court will take a matter under submission on the pleadings alone, and that the hearing – the usual forum for the parties to give additional authorities and argument to the Court – would not be available. Plaintiff's counsel had been looking forward to opposing the Motions to Dismiss in oral argument. *See* Declaration of Monica Smith.

The procedure and standard for suspending the Local Rules is set out in Local Rule 1.2: suspending the Local Rules requires "good cause." Such good cause did not and does not exist: there are no extenuating circumstances requiring a prompt disposition of the Defendants' Motions. In fact, another Motion to Dismiss is now before this Court (Dkt. No. 15).

The Court's Order violates the Local Rules and is therefore invalid. The Court must hold a hearing before ruling on any of the Motions to Dismiss before the Court (Dkt. Nos. 7, 13, and 15), unless it notifies the parties that it will rule solely on the pleadings as required under Local Rule 7.1(f)(2).

Due to the paramount public interests and constitutional questions at stake, and because Defendants' pending motions would dispose of Plaintiff's claims, justice and having a full adjudication of these issues requires a hearing. Plaintiff

---

ADDENDUM TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION   3
FOR RECONSIDERATION OF DISMISSAL OF FIRST AMENDMENT,
DUE PROCESS, AND INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS CLAIMS
CASE NO. 2:17-CV-12936-BAF-DRG

ask this Court to conform with Local Rule 7.1(f)(2) and hold a hearing on the

Motions to Dismiss (Dkt. Nos. 7, 13, and 15).

By Plaintiff's Attorneys,
UNITED FOR EQUALITY AND AFFIRMATIVE
ACTION LEGAL DEFENSE FUND (UEAALDF)

BY: _/s/ Monica Smith_____
19526-B Cranbrook Drive
Detroit, MI 48221
(313) 585-3637
Dated: December 11, 2017

ADDENDUM TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION     4
FOR RECONSIDERATION OF DISMISSAL OF FIRST AMENDMENT,
DUE PROCESS, AND INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS CLAIMS
CASE NO. 2:17-CV-12936-BAF-DRG

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

<u>Attorneys for Detroit Public Schools Community District, Felicia Cook, and Ivan Branson:</u>

**Jenice C. Mitchell Ford**
Detroit Public Schools Community District
Office of General Counsel
3011 W. Grand Blvd.
Suite 1002
Detroit, MI 48202
313-873-4528
Fax: 313-873-4564

**Phyllis L. Hurks-Hill**
Detroit Public Schools
3011 W. Grand Boulevard
Suite 1800
Detroit, MI 48202
313-873-4528
Fax: 313-873-4564

**Rebecca Shaw Hicks**
Detroit Public Schools
Fisher Building; 18th Floor
3011 West Grand Boulevard
Suite 1002
Detroit, MI 48202-2710
313-873-4538
Fax: 313-873-4564
Email: Rebecca.Hicks@detroitk12.org

ADDENDUM TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION 5
FOR RECONSIDERATION OF DISMISSAL OF FIRST AMENDMENT,
DUE PROCESS, AND INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS CLAIMS
CASE NO. 2:17-CV-12936-BAF-DRG

**Theophilus E. Clemons**
Detroit Public Schools District
Office of the General Counsel
3011 West Grand Blvd
Suite 1002
Fisher Building
Detroit, MI 48202
313-873-4527
Fax: 313-748-6135
Email: theophilus.clemons@detroitk12.org


Attorney for Mike Duggan:

**Veronica R. Ibrahim**
2 Woodward Avenue, Suite 500
Detroit, MI 48226
313-237-6667
Email: ibrahimv@detroitmi.gov

_/s/ Monica Smith_____
UNITED FOR EQUALITY AND AFFIRMATIVE
ACTION LEGAL DEFENSE FUND (UEAALDF)
19526-B Cranbrook Drive
Detroit, MI 48221
(313) 585-3637
Bar No. P73439

ADDENDUM TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION     6
FOR RECONSIDERATION OF DISMISSAL OF FIRST AMENDMENT,
DUE PROCESS, AND INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS CLAIMS
CASE NO. 2:17-CV-12936-BAF-DRG