SHANTA DRIVER, Bar No. P65007
MONICA SMITH, Bar No. P73439
United for Equality and Affirmative Action Legal Defense Fund (UEAALDF)
19526-B Cranbrook Drive
Detroit, MI 48221
(313) 407-4865
shanta.driver@ueaa.net, monica.smith@ueaa.net
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

KATRINA BROWN,

Plaintiff,

vs.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT, et al.,

Defendants.

_____

**CASE NO. 2:17-cv-12936-BAF-DRG**

**FILING OF DECLARATION OF MONICA SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF DISMISSAL OF FIRST AMENDMENT, DUE PROCESS, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIMS**

Plaintiff Katrina Brown hereby files the attached Declaration of Monica Smith in support of Plaintiff's Motion for Reconsideration of (Dkt. No. 17).

Plaintiff will withdraw the Motion (Dkt. No. 18) to file this same document under seal (filed as a sealed document Dkt. No. 19).

FILING OF DECLARATION OF MONICA SMITH IN SUPPORT OF
PLAINTIFF'S MOTION FOR RECONSIDERATION OF DISMISSAL OF FIRST
AMENDMENT, DUE PROCESS, AND INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS CLAIMS
CASE NO. 2:17-cv-12936-BAF-DRG

1

By Plaintiff's Attorneys,
UNITED FOR EQUALITY AND AFFIRMATIVE
ACTION LEGAL DEFENSE FUND (UEAALDF)

BY:  _/s/ Monica Smith_____
19526-B Cranbrook Drive
Detroit, MI 48221
(313) 585-3637

Dated: December 12, 2017

FILING OF DECLARATION OF MONICA SMITH IN SUPPORT OF
PLAINTIFF'S MOTION FOR RECONSIDERATION OF DISMISSAL OF FIRST
AMENDMENT, DUE PROCESS, AND INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS CLAIMS
CASE NO. 2:17-cv-12936-BAF-DRG

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2017, I electronically filed the foregoing

paper with the Clerk of the Court using the ECF system which will send

notification of such filing to the following:

Attorneys for Detroit Public Schools Community District, Felicia Cook, and Ivan Branson:

**Jenice C. Mitchell Ford**
Detroit Public Schools Community District
Office of General Counsel
3011 W. Grand Blvd.
Suite 1002
Detroit, MI 48202
313-873-4528
Fax: 313-873-4564

**Phyllis L. Hurks-Hill**
Detroit Public Schools
3011 W. Grand Boulevard
Suite 1800
Detroit, MI 48202
313-873-4528
Fax: 313-873-4564

**Rebecca Shaw Hicks**
Detroit Public Schools
Fisher Building; 18th Floor
3011 West Grand Boulevard
Suite 1002
Detroit, MI 48202-2710
313-873-4538
Fax: 313-873-4564
Email: Rebecca.Hicks@detroitk12.org

FILING OF DECLARATION OF MONICA SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF DISMISSAL OF FIRST AMENDMENT, DUE PROCESS, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIMS
CASE NO. 2:17-cv-12936-BAF-DRG

3

**Theophilus E. Clemons**
Detroit Public Schools District
Office of the General Counsel
3011 West Grand Blvd
Suite 1002
Fisher Building
Detroit, MI 48202
313-873-4527
Fax: 313-748-6135
Email: theophilus.clemons@detroitk12.org

Attorney for Mike Duggan:

**Veronica R. Ibrahim**
2 Woodward Avenue, Suite 500
Detroit, MI 48226
313-237-6667
Email: ibrahimv@detroitmi.gov

_/s/ Monica Smith_____
UNITED FOR EQUALITY AND AFFIRMATIVE
ACTION LEGAL DEFENSE FUND (UEAALDF)
19526-B Cranbrook Drive
Detroit, MI 48221
(313) 585-3637
Bar No. P73439

Dated: December 12, 2017

FILING OF DECLARATION OF MONICA SMITH IN SUPPORT OF
PLAINTIFF'S MOTION FOR RECONSIDERATION OF DISMISSAL OF FIRST
AMENDMENT, DUE PROCESS, AND INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS CLAIMS
CASE NO. 2:17-cv-12936-BAF-DRG
4