**Declaration of Monica Smith**

1. On July 3, 2017 I was admitted to the University of Michigan hospital.
2. I had been struggling to get a diagnosis to a condition that I subsequently learned was both rare and potentially fatal for many months. The condition is so rare that my blood samples had to be sent to the Mayo Clinic in Minnesota because even a hospital as advanced and renowned as the University of Michigan hospital did not have the laboratory tools sensitive enough to discern what was wrong with me.
3. I was discharged from the University of Michigan hospital on July 12, 2017.
4. After my discharge I began a process of receiving a battery of medications which constantly had to be reevaluated so that the delicate balance between treating my disease and maintaining my overall well-being could be acheived to the greatest extent possible.
5. I do not think that I adequately understood how my new medical regime was affecting my ability to meet my responsibilities as a lawyer. For example, in retrospect it is clear that my expectation that there would be a hearing at which it would be possible for me to defend against the motions to dismiss was not a procedural safeguard that I could rely on to address my opposition to the motions.
6. I received the decision of the Honorable Judge Julia C. Stern in Ms. Brown's Michigan Employment Relations Commission case on November 20, 2017. I believe that this decision more than provides the basis to reinstitute our First Amendment, Fourteenth Amendment and negligent and intentional infliction of emotional distress claims.
7. I would have supplied the court with a copy of this decision and the arguments based on that decision set forth in this brief earlier in a timely manner, if it were not for the prolongation of the processes of establishing a suitable and adequate treatment plan for me.
8. I believe that our substantive arguments for reversing the court's decision to dismiss our claims is strong, and I'm certain that after months of struggling to find the right balance in medications I am now in a position to both argue in writing and at a hearing.

/s/ Monica Smith
Monica Smith