SHANTA DRIVER, Bar No. P65007
MONICA SMITH, Bar No. P73439
United for Equality and Affirmative Action Legal Defense Fund (UEAALDF)
19526-B Cranbrook Drive
Detroit, MI 48221
(313) 407-4865
shanta.driver@ueaa.net, monica.smith@ueaa.net
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

KATRINA BROWN,

Plaintiff,

vs.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT, et al.,

Defendants.

_____

**CASE NO. 2:17-cv-12936-BAF-DRG**

**NOTICE OF WITHDRAWAL OF
MOTION TO FILE DOCUMENT
UNDER SEAL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff is withdrawing her motion to file a declaration under seal. That same declaration, the Declaration of Monica Smith, has been filed into the public record as Docket Number 21.

By Plaintiff's Attorneys,

UNITED FOR EQUALITY AND AFFIRMATIVE ACTION LEGAL DEFENSE FUND (UEAALDF)

BY: _/s/ Monica Smith_____
19526-B Cranbrook Drive
Detroit, MI 48221
(313) 585-3637

Dated: December 12, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Attorneys for Detroit Public Schools Community District, Felicia Cook, and Ivan Branson:

**Jenice C. Mitchell Ford**
Detroit Public Schools Community District
Office of General Counsel
3011 W. Grand Blvd.
Suite 1002
Detroit, MI 48202
313-873-4528
Fax: 313-873-4564

**Phyllis L. Hurks-Hill**
Detroit Public Schools
3011 W. Grand Boulevard
Suite 1800
Detroit, MI 48202
313-873-4528
Fax: 313-873-4564

**Rebecca Shaw Hicks**
Detroit Public Schools
Fisher Building; 18th Floor
3011 West Grand Boulevard
Suite 1002
Detroit, MI 48202-2710
313-873-4538
Fax: 313-873-4564
Email: Rebecca.Hicks@detroitk12.org

**Theophilus E. Clemons**

NOTICE OF WITHDRAWAL OF MOTION TO
FILE DOCUMENT UNDER SEAL
CASE NO. 2:17-cv-12936-BAF-DRG

3

Detroit Public Schools District
Office of the General Counsel
3011 West Grand Blvd
Suite 1002
Fisher Building
Detroit, MI 48202
313-873-4527
Fax: 313-748-6135
Email: theophilus.clemons@detroitk12.org

<u>Attorney for Mike Duggan:</u>

**Veronica R. Ibrahim**
2 Woodward Avenue, Suite 500
Detroit, MI 48226
313-237-6667
Email: ibrahimv@detroitmi.gov

                              _/s/ Monica Smith_____
                              UNITED FOR EQUALITY AND AFFIRMATIVE
                              ACTION LEGAL DEFENSE FUND (UEAALDF)
                              19526-B Cranbrook Drive
                              Detroit, MI 48221
                              (313) 585-3637
                              Bar No. P73439